UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHRISTINA P. CARTER            CASE NO: 18-10348
                                                                                                   SECTION "B"
                                                                                                   CHAPTER 13

## STIPULATION REGARDING MOTION TO LIFT STAY

This matter is set for hearing on July 18, 2018 on the Motion for Relief filed on behalf of Mover herein, Federal National Mortgage Association, regarding the property bearing municipal number 60079 South Tranquility Road, Lacombe, LA 70445 and the Court having been advised that debtor herein, Christina P. Carter, has six (6) additional months in which to cure the post-petition delinquency;

IT IS HEREBY AGREED that debtor herein be granted six (6) additional months in which to cure the following delinquency:

| | | |
|---|---|---|
| Post-petition payments for the months of March, 2018 through July, 2018 | 5@$637.14 | $3,185.70 |
| Attorney's fees | | $ 650.00 |
| Filing fee advanced to clerk | | $ 181.00 |
| Total............................................................. | | $4,016.70 |

IT IS HEREBY AGREED, that the stay in this matter be modified directing the debtor to remit the post-petition delinquency as follows:

1. On or before August 15, 2018, debtor(s) is to remit to Mover the sum of $669.45 to be applied to the post-petition delinquency described above.

2. On or before September 15, 2018, debtor(s) is to remit to Mover the sum of $669.45 to be applied to the post-petition delinquency described above.

3. On or before October 15, 2018, debtor(s) is to remit to Mover the sum of $669.45 to be applied to the post-petition delinquency described above.

4. On or before November 15, 2018, debtor(s) is to remit to Mover the sum of $669.45 to be applied to the post-petition delinquency described above.

5. On or before December 15, 2018, debtor(s) is to remit to Mover the sum of $669.45

    to be applied to the post-petition delinquency described above.

6. On or before January 15, 2019, debtor(s) is to remit to Mover the sum of $669.45 to be applied to the post-petition delinquency described above.

**IT IS FURTHER AGREED**, that debtor's failure to make any of the above payments to Mover when due will result in the lifting of the stay by ex parte order upon fourteen (14) days notice to the debtor and debtor's counsel, and upon the filing of an Ex Parte Motion for Relief accompanied by an affidavit of default by Mover attesting to the delinquency, permitting Mover to foreclose upon its security interest.

**IT IS FURTHER AGREED**, that the stay in this matter be modified directing the debtor to remit all future post-petition payments due beginning with the August 1, 2018 payment in the amount $637.14; further, should the loan be in default at a future date for a period in excess of thirty (30) days from the due date, the stay imposed herein will lift by ex parte order upon fourteen (14) days notice to the debtor and debtor's counsel, then within one (1) year from the date of this Order, Mover may file an Ex Parte Motion for Relief accompanied by an affidavit by Mover attesting to the delinquency, permitting Mover to foreclose upon its security interest.

  New Orleans, Louisiana this 20th day of July, 2018.

GRAHAM, ARCENEAUX & ALLEN, LLC

_/s/Foerstner G. Meyer_
Louis Graham Arceneaux (#25334)
Stacy C. Wheat (#19826)
Fred J. Daigle (#24066)
Foerstner G. Meyer (#37801)
Attorneys for Mover
639 Loyola Avenue, Suite 1800
New Orleans, LA 70113
(504) 522-8256
bankruptcy@gra-arc.com

and

    */s/D. Bruce Cameron*
D. Bruce Cameron
1290 Seventh Street, Suite 5
Slidell, LA 70458
bruce@cameronlawfirm.com
Attorney for Debtor